Order issued November 6, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01490-CV

### IN RE KERNELL THAW, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09483-J**

# O R D E R

Before Justices Bridges, Lang, and Fillmore

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

ROBERT M. FILLMORE
JUSTICE